■ P&B CAPITAL GROUP, LLC, et al., Appellants, v RAB PERFORMANCE RECOVERIES, LLC, Respondent, et al., Defend-

ants. [17 NYS3d 342]—Motion for reargument denied. Present—Scudder, P.J., Centra, Peradotto and Valentino, JJ.